COURT OF APPEALS OF VIRGINIA

Present:   Judges McClanahan,[*] Haley and Senior Judge Willis

MARCUS ANTHONY SMALLS

v.      Record No. 2589-10-4

BELL CORPORATION OF ROCHESTER AND
  TRAVELERS INDEMNITY COMPANY OF ILLINOIS

MEMORANDUM OPINION[**]
PER CURIAM
AUGUST 16, 2011

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Marcus Anthony Smalls, *pro se*, on brief).

(Francis G. Marrin; Law Offices of Roger S. Mackey, on brief), for
appellees.

Marcus Anthony Smalls (claimant) appeals a decision of the Workers' Compensation Commission denying his claim for permanent partial disability benefits and payment of medical bills.[1] We have reviewed the record and the commission's opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated by the commission in its final opinion. See Smalls v. Bell Corp. of Rochester/Bell Grp., Inc., VWC File No. 203-33-84 (Nov. 10, 2010). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

_____

[*] Justice McClanahan participated in the decision of this case prior to her investiture as a Justice of the Supreme Court of Virginia

[**] Pursuant to Code § 17.1-413, this opinion is not designated for publication

[1] The commission determined those claims have been previously litigated and are barred by *res judicata* because it was previously determined that the injuries claimant sustained in his October 16, 2000 workplace accident had resolved and his condition was no longer related to his workplace accident.